# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-1610
_____

Clayton Walker

*Plaintiff - Appellant*

v.

Cory Shafer, in his individual and official capacity; City of Rapid City

*Defendants - Appellees*

United States; State of South Dakota; Police Dept.

*Defendants*
_____

Appeal from United States District Court
for the District of South Dakota - Western
_____

Submitted: September 27, 2022
Filed: October 4, 2022
[Unpublished]
_____

Before SHEPHERD, ERICKSON, and STRAS, Circuit Judges.
_____

PER CURIAM.

Clayton Walker appeals after the district court[1] dismissed his pro se 42 U.S.C. § 1983 complaint for failure to comply with court orders. Following a careful review, we conclude that the district court did not abuse its discretion in dismissing the case. See Smith v. Gold Dust Casino, 526 F.3d 402, 404 (8th Cir. 2008) (dismissal for failure to prosecute or failure to comply with court orders is reviewed for abuse of discretion); see also Comstock v. UPS Ground Freight, Inc., 775 F.3d 990, 992 (8th Cir. 2014) (dismissal as a discovery sanction is reviewed for abuse of discretion).

To the extent Walker challenges the earlier adverse grant of summary judgment as to his Ninth Amendment claim, we conclude that the district court correctly granted summary judgment. See Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo); Strandberg v. City of Helena, 791 F.2d 744, 748 (9th Cir. 1986) (Ninth Amendment does not create rights cognizable in a § 1983 action).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jeffrey L. Viken, United States District Judge for the District of South Dakota, adopting the report and recommendations of the Honorable Daneta Wollmann, United States Magistrate Judge for the District of South Dakota.